IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VILLAGE OF SCHAUMBURG, an Illinois home rule municipal corporation; | ) ) ) | |
| Plaintiff, | ) ) | Case No. 22CV601 |
| v. | ) ) | Judge Manish S. Shah |
| VIRACON, LLC, a Minnesota Corporation, QUANEX IG SYSTEMS, INC., an Ohio Corporation, TRUSEAL TECHNOLOGIES, INC., a Delaware Corporation, PERMASTEELISA NORTH AMERICA CORP., a Delaware Corporation, f/k/a PERMASTEELISA CLADDING TECHNOLOGIES, LTD. d/b/a/ PERMASTEELISA CLADDING TECHNOLOGIES USA, and APOGEE ENTERPRISES INC., a Minnesota Corporation | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT OF THE JANUARY 3, 2024 ORDER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Plaintiff, the VILLAGE OF SCHAUMBURG ("Village"), by and through its attorneys, KLEIN, THROPE AND JENKINS, LTD., and HENNIGH LAW CORPORATION, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order of the District Court for the Northern District of Illinois, Eastern Division, denying the Village's motion to

1

compel arbitration as to its claims against Defendant Permasteelisa North America Corp., said Order having been entered on January 3, 2024 (Document No. 96).

Dated: February 2, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ Howard C. Jablecki | /s/ *Scott E. Hennigh* |
| Lance C. Malina | Scott E. Hennigh (admitted *pro hac vice*) |
| John Allen Wall | Azadeh Allayee (admitted *pro hac vice*) |
| Howard C. Jablecki | Hennigh Law Corporation |
| Colleen M. Shannon | Four Embarcadero Center, Suite 1400 |
| Klein, Thorpe & Jenkins, Ltd. | San Francisco, CA 94111 |
| 20 N. Wacker Drive, Ste. 1600 | Phone: (415) 325-5855 |
| Chicago, IL 60606 | Email: Scott.Hennigh@Hennighlaw.com |
| Phone: (312) 984-6400 |       Azadeh.Allayee@Hennighlaw.com |
| Email: lcmalina@ktjlaw.com | *Attorneys for Plaintiff Village of Schaumburg* |
|       jawall@ktjlaw.com | |
|       hcjablecki@ktjlaw.com | |
|       cmshannon@ktjlaw.com | |
| *Attorneys for Plaintiff Village of Schaumburg* | |